**Slip Op. 01-10**

## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: SENIOR JUDGE NICHOLAS TSOUCALAS

_____

|  |  |
|---|---|
| FAG (U.K.) LTD., THE BARDEN CORPORATION (U.K.) LTD., THE BARDEN CORPORATION, FAG BEARINGS CORPORATION, RHP BEARINGS LTD., NSK BEARINGS EUROPE LTD., AND NSK CORPORATION, | : <br> : <br> : <br> : <br> : <br> : <br> : |
| Plaintiffs, | : <br> : |
| v. | : Consolidated Court <br> : No. 97-01-00063-S1 |
| UNITED STATES, | : <br> : |
| Defendant, | : <br> : |
| THE TORRINGTON COMPANY, | : <br> : |
| Defendant-Intervenor. | : |

_____

## J U D G M E N T

This Court having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce") Final Results of Redetermination Pursuant to Court Remand, <u>FAG (U.K). Ltd., The Barden Corporation (U.K.) Ltd., The Barden Corporation, FAG Bearings Corporation, RHP Bearings Ltd., NSK Bearings Europe Ltd. and NSK Corporation v. United States</u>, 22 CIT ___, 24 F. Supp. 2d  297 (1998) ("Remand Results"), and Commerce having complied with the Court's remand and no responses to the Remand Results having been submitted by the parties, it is hereby

**ORDERED** that the Remand Results filed by Commerce on December 15, 1998, are affirmed in their entirety; and it is further

**ORDERED** that since all other issues have been decided, this case is dismissed.

_____
NICHOLAS TSOUCALAS, Senior Judge

Dated: January 30, 2001
          New York, New York